**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 99-6900**

LEON LORENZO HARRIS,

Plaintiff - Appellant,

versus

PIEDMONT REGIONAL JAIL; MAIL ROOM SUPERVISOR;
LOUISE BARLOW, Superintendent,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk. Henry C. Morgan, Jr., District
Judge. (CA-98-1483-2)

Submitted: September 9, 1999      Decided: September 15, 1999

Before ERVIN, WILKINS, and HAMILTON, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Leon Lorenzo Harris, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Leon Lorenzo Harris appeals from a district court order dismissing without prejudice his complaint alleging civil rights violations under 42 U.S.C.A. § 1983 (West Supp. 1999). The court dismissed Harris' complaint based on his failure to comply with its prior order directing him to submit proof that he had exhausted his administrative remedies. Because Harris may proceed with this action by amending his complaint to provide the information requested by the court, his appeal is interlocutory and not subject to appellate review. See Domino Sugar Corp. v. Sugar Workers Local Union 392, 10 F.3d 1064, 1066-67 (4th Cir. 1993). Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED